O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-1014-CAS |
| Plaintiff, | ) | **JUDGMENT AND ORDER** |
| v. | ) | |
| BRETT WILLIAMS DAVIDSON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 21, 2008, this matter came before the Court for a Status Conference regarding defendant's compliance with supervised release; and preliminary revocation of supervised release. The Government, Kevin Rosenberg, the defendant and his appointed counsel, Michael Nasatir, were present. The U.S. Probation Officer, Vicki Montano, is also present. Upon the findings of the Court,

IT IS HEREBY ORDERED:

1. That the pending allegations of the defendant's preliminary revocation of supervised release shall be held in abeyance;

2. Mr. Davidson reside at and participate in a Residential Reentry Center (RRC) Program at the Gateways facility in Los Angeles, California, under the community correctional component, as approved by the Probation Office, for a period not to exceed 4 months or until favorably discharged by the program

director pursuant to 18 U.S.C. 3563(b)(11). He is ordered to remain a resident of the Las Encinas Hospital until he transitions directly into the Gateways RRC;

3. While a RRC resident, Mr. Davidson is authorized to participate in up to six-hour furloughs with his daughter every other Saturday if approved in advance by the Probation Officer; and

4. Mr. Davidson shall continue to receive mental heath treatment via outpatient services with Dr. Haraszti and Las Encinas therapist while a RRC resident.

All parties are ordered to appear for a progress review hearing on September 22, 2008 at 1:30pm. The court will determine if Mr. Davidson will remain a resident of the Gateways RRC, transfer to the Working Alternatives RRC in Garden Grove, California or successfully discharge at that time.

FILED/DATED: July 24, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


SHERRI R. CARTER, CLERK


By: _____/S/_____

Paul Songco, Deputy Clerk