O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-1014-CAS |
| Plaintiff, | ) | |
| v. | ) | *__AMENDED__ FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| BRETT DAVIDSON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 6, 2009 and March 9, 2009, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed March 13, 2008, March 24, 2008, May 5, 2008 and October 6, 2008. The Government, Kevin Rosenberg, the defendant and his retained counsel, Anthony Brooklier was present. The U.S. Probation Officer, Vikki Montano, was also present.

The defendant admitted the allegations of the Petitions on Probation and Supervised Release filed on filed March 13, 2008, March 24, 2008, May 5, 2008 and October 6, 2008.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of October 30, 2006 and January 3, 2008.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked, *__reinstated and shall be extended for an additional two (2) months, under the same terms and conditions as previously imposed. As an added condition__, defendant shall participate for a period of three (3) months in a home detention program which includes GPS or other electronic monitoring,

and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation in the electronic monitoring program. The defendant shall provide payment and proof of payment as directed by the Probation Officer. The defendant shall continue to receive mental health treatment via outpatient services with Dr. Haraszti and Dr. Haraszti shall coordinate closely with the U.S. Probation Officer. Bond is exonerated forthwith.

     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 25, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
Catherine M. Jeang, Deputy Clerk